No. 635, Misc. GARCIA v. NEW YORK. Sup. Ct. N. Y., New York County. Certiorari denied. *Frank S. Hogan* and *Michael Juviler* for respondent.

No. 555, Misc. NOLAND v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States. 

No. 640, Misc. McCHAREN v. L & A CONSTRUCTION Co. ET AL. Sup. Ct. Miss. Certiorari denied. *Dixon L. Pyles* for petitioner. 

No. 602, Misc. PLATTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome M. Feit* and *Robert G. Maysack* for the United States. 

No. 671, Misc. BANKS v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Irwin W. Barkan* for petitioner.

No. 7, Misc. COLLINS v. FIELD, MENS COLONY SUPERINTENDENT, *ante,* p. 860;

No. 101, Misc. MEARS AKA SCOTT v. NEVADA, *ante,* p. 888;

No. 115, Misc. WHISMAN v. GEORGIA, *ante,* p. 865;

No. 125, Misc. FLETCHER v. PENNSYLVANIA, *ante,* p. 865;

No. 355, Misc. FURTAK v. NEW YORK, *ante,* p. 875;

No. 361, Misc. FURTAK v. NEW YORK, *ante,* p. 875;

No. 476, Misc. FURTAK v. McMANN, WARDEN, ET AL., *ante,* p. 879; and

No. 513, Misc. FURTAK v. APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FOURTH JUDICIAL DEPARTMENT, *ante,* p. 879. Petitions for rehearing denied.